**CIVIL COVER SHEET**

**Plaintiff(s):**

**Jose(s) Dale Haynes Braxton**

**Defendant(s):**

**Super Ego Holdings, Rocket Expedited, Twin Carriers, E-7 Logistics, Rex Trucking, Roy Davis, and Creators of Fraudulent Lease Purchase Agreements**

**Case No.:**

**Nature of Suit:**

**Contract (Breach of Contract) – 28 U.S.C. § 1332**

**Fraud – 28 U.S.C. § 1331**

**Other Statutory Actions (Fraud, Unfair Practices) – 28 U.S.C. § 1332**

**[Choose the appropriate options from the dropdown menu depending on the exact charges.]**

**Cause of Action:**

**Fraud**

**Breach of Contract**

**Violation of FDUTPA (Florida Deceptive and Unfair Trade Practices Act)**

**Violation of the Uniform Commercial Code (UCC)**

**Whistleblower Retaliation**

**Jurisdiction:**

**(28 U.S.C. § 1331)**

**Diversity Jurisdiction (28 U.S.C. § 1332)**

**Total Damages Sought:**

**$10,000,000.00**

**[State the total amount of damages you're claiming, including punitive damages, compensatory damages, and consequential damages.]**

**Jury Trial Demanded**